# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN WILLIAM PADDACK,
        Appellant,
      vs.
THE STATE OF NEVADA,
        Respondent.

No. 73070

**FILED**

AUG 10 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

On May 4, 2017, appellant filed a notice of appeal. The notice of appeal did not specifically identify any judgments of the district court. To the extent that appellant appeals from the judgment of conviction, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). To the extent that appellant's appeal is in regard to a motion to modify sentence, no decision, oral or written had been made on the motion when appellant filed his appeal. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Elissa F. Cadish, District Judge
Brian William Paddack
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A